JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FBN INPUTS, LLC, | Case No. 2:20-CV-09300-CAS-Ex |
| Petitioner, | **JUDGMENT CONFIRMING ARBITRATION AWARD** |
| v. | |
| RODNEY EDWARDS, SR., individually, and EDWARDS FARM CORP., | |
| Respondents. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Petitioner FBN Inputs, LLC's, Application for Confirmation of Arbitration Award came on regularly for hearing on January 25, 2021, at 10:00 a.m., the Honorable Judge Christina A. Snyder presiding.  Counsel for Petitioner appeared telephonically.  No other appearances were made. Petitioner's Petition was duly **GRANTED**.

**IT IS HEREBY ORDERED AND ADJUDGED:**

The parties' arbitration award entered on August 12, 2019 by JAMS Arbitration is **CONFIRMED**, and respondents Rodney Edwards, Sr. and Edwards Farm Corp. are ordered to pay petitioner the sum of $118,256.10 in damages.

1    Accordingly, **IT IS ORDERED** that judgment in favor of petitioner FBN

2  Inputs, LLC and  against respondents Rodney Edwards, Sr. and Edwards Farm Corp.

3  shall be entered in the amount of $118,256.10.

4    **IT IS SO ORDERED.**

5

6  Dated: January 25, 2021

7                                          HON. CHRISTINA A. SNYDER
                                           United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28